UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STOLTE,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLAC, et al.,<br><br>    Defendants. | Case No.: 13-cv-04538-YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS; AND VACATING HEARING DATE** |

On October 4, 2013, Defendant First American Title Insurance Company filed a Motion to Dismiss for Failure to State a Claim. (Dkt. No. 8.) On October 8, 2013, Defendant Nationstar Mortgage, LLC filed a Motion to Dismiss Complaint. (Dkt. No. 16.) When this case was reassigned to the undersigned Judge, the Clerk of this Court issued an order stating that "[b]riefing schedules remain unchanged" for all pending motions. (Dkt. No. 25.) As such, pursuant to the Civil Local Rules, Plaintiff Jeffrey Stolte was required to file his oppositions to the Motions to Dismiss on October 21 and October 25, respectively. Civ. L.R. 7-3(a). To date, Mr. Stolte has failed to oppose either Motion. The hearings on the Motions are scheduled for December 3, 2013.

Mr. Stolte is **ORDERED** to file oppositions to the pending Motions to Dismiss no later than December 11, 2013. **Failure to file oppositions to the Motions by that date will result in dismissal of the action against Defendants First American Title Insurance Company and Nationstar Mortgage, LLC for failure to prosecute.**

Any reply to an opposition must be filed and served not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c). Defendants shall immediately file a Statement of Non-Opposition pursuant to Civ. L.R. 7-3(b) if Plaintiff fails to file his oppositions by the above deadline.

The hearing date of December 3, 2013 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: November 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2